UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CHARLES LAMONT BRITT | : | |
| | : | CASE NO. |
| **Plaintiff** | : | |
| v. | : | |
| | : | 3:17-cv-02158 (JCH) |
| | : | |
| UNKNOWN OFFICERS, ET AL. | : | |
| | : | MARCH 14, 2019 |
| **Defendants** | : | |

## MOTION TO DISMISS THE CLAIM FOR DEFAMATION CONTAINED IN THE PROPOSED AMENDED COMPLAINT (DOC. # 34-1), FILED WITH THE COURT ON FEBRUARY 21, 2019,

Defendants Monk, Bruckhart, Criscuolo, Werner and Katz, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, file this motion to dismiss the plaintiff's claim for defamation for failing to state a claim upon which relief can be granted. The basis for this motion to dismiss is that it is obvious from the dates contained in the proposed "Pro Se Amended Complaint" (Doc. #34-1) that the plaintiff's claim for defamation is barred by the applicable statute of limitations. In addition, there has been a failure to allege sufficient facts to support a claim for defamation against these defendants.

**ORAL ARGUMENT REQUESTED**

|  |  |
|---|---|
|  | THE DEFENDANTS,<br>GARRY C. MONK, CHRISTIAN J. BRUCKHART, MICHAEL F. CRISCUOLO, DEREK L. WERNER, AND NICHOLAS W. KATZ |
| BY: | /s/ *Michael A. Wolak, III*<br>Michael A. Wolak, III<br>Senior Assistant Corporation Counsel<br>City of New Haven<br>Office of Corporation Counsel<br>165 Church Street<br>New Haven, CT 06510<br>Tel. #: (203)946-7970<br>Fax #: (203) 946-7942<br>E-mail: mwolak@newhavenct.gov<br>Fed. Bar #ct12681<br>Their Attorney |

## CERTIFICATION

I hereby certify that on March 14, 2019, the foregoing was filed electronically and served by mail, if necessary, on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to any one unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

A copy was mailed, postage prepaid, on this date to the self-represented plaintiff at:

Charles Lamont Britt # 210220
Carl Robinson Correctional Institution
285 Shaker Road
P.O. Box 1400
Enfield, CT  06083-1400

/s/ *Michael A. Wolak, III*
Michael A. Wolak, III